IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00124-EWN-MEH

HQ|PUBLICATIONS, LLC, an Illinois limited liability company,

    Plaintiff,

vs.

WWW.ALLCOLLEGESEARCHDIRECTORY.COM, an Internet domain name, and
WWW.FIRSTSTOPONLINEDEGREE.NET, an Internet domain name,

    *In rem* Defendants.

_____

**ORDER TO PUBLISH NOTICE OF ACTION
PURSUANT TO 15 U.S.C. § 1125(d)(2)(A)(ii)(II)(bb)**
_____

Upon consideration of Plaintiff's Motion to Publish Notice of Action, together with the affidavit in support thereof, and Defendants having failed to appear, it is hereby ORDERED that:

1. A copy of this Order be published in *The Houston Chronicle* at least once within 14 days after the entry of this Order and that an affidavit be filed on Plaintiff's behalf, no later than 21 days after the entry of this Order, describing the steps that have been taken to comply with this Order.

2. The Defendants are hereby advised:

    a. Plaintiff hq|Publications, LLC ("hq|Publications"), has charged the Internet domain names ALLCOLEGESEARCHDIRECTORY.COM and FIRSTSTOPONLINEDEGREE.NET with violation of the Anticybersquatting Consumer Protection Act ("the ACPA").  A copy of the Complaint may be obtained from Arthur B. Berger, Ray Quinney & Nebeker, 36 South State Street, Salt Lake City, Utah 84111, U.S.A., telephone number (801) 532-1500.

    b. In the event that hq|Publications prevails against the domain names under the ACPA, remedies could include the forfeiture or cancellation of the domain names or the transfer of the domain names to hq|Publications.

      c.      Any answer, claim, or other response to the Complaint should be filed with: Clerk of Court, United States Court for the District of Colorado, Alfred A. Arraj U.S. Courthouse, 901 Nineteenth Street, Denver, Colorado 80294, within 20 days from the date of the publication of this Order in *The Houston Chronicle*. If no appearance, claim or pleading is filed in response to the Complaint by that time, the Court may render judgment against the domain names that could include the forfeiture or cancellation of the domain names or the transfer of the domain names to hq|Publications.

Dated at Denver, Colorado, this 11th day of April, 2006.

                              BY THE COURT:

                              s/ Michael E. Hegarty
                              Michael E. Hegarty
                              United States Magistrate Judge