IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00124-EWN-MEH

**HQ|PUBLICATIONS, LLC**, an Illinois limited liability company,

    Plaintiff,

v.

**WWW.ALLCOLLEGESEARCHDIRECTORY.COM**, an Internet domain name, and
**WWW.FIRSTSTOPONLINEDEGREE.NET**, an Internet domain name,

    *In rem* Defendants.

_____

## DEFAULT JUDGMENT
_____

Based on Plaintiff hq|Publications, LLC's ("hq|Publications" or "Plaintiff"), Motion for Entry of Default and Default Judgment, pursuant to Rule 55 of the Federal Rules of Civil Procedure, and good cause appearing, the Court **GRANTS** Plaintiff's motion and **FINDS** as follows:

    1.    On February 2, 2006, control over the domain names ALLCOLLEGESEARCHDIRECTORY.COM and FIRSTSTOPONLINEDEGREE.NET was deposited with the Court wherein the registrar of the domain names, DomainSite.com, stated that it "tender[ed] to the Court complete control and authority over the registrations for the domain name registration records."

    2.    Based on the record, Defendants ALLCOLLEGESEARCHDIRECTORY.COM and FIRSTSTOPONLINEDEGREE.NET violated the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d).

   3. Defendants ALLCOLLEGESEARCHDIRECTORY.COM and FIRSTSTOPONLINEDEGREE.NET, and those acting for or on behalf of such Defendants, have failed to timely respond to the *In Rem* Complaint in this action and therefore are in default.

Accordingly, **IT IS HEREBY ORDERED** that:

   1. Default Judgment is entered against the Defendant domain names ALLCOLLEGESEARCHDIRECTORY.COM and FIRSTSTOPONLINEDEGREE.NET.

   2. DomainSite.com is ordered to transfer the registrations of the Defendant domain names ALLCOLLEGESEARCHDIRECTORY.COM and FIRSTSTOPONLINEDEGREE.NET to Plaintiff hq|Publications, LLC.

ENTERED this 30th day of June, 2006.

        BY THE COURT:

        s/ Edward W. Nottingham
        United States District Judge